UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: CLAIRE R. KELLY, JUDGE

| | |
|---|---|
| MIDWEST FASTENER CORP., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant, <br><br> And <br><br> MID CONTINENT STEEL & WIRE, INC., <br><br> Defendant-Intervenor. | Court No. 17-00231 |

**PLAINTIFF'S COMMENTS ON THE DEPARTMENT OF COMMERCE'S FINAL RESULTS OF DETERMINATION PURUSANT TO COURT REMAND**

 

R. Kevin Williams
Mark R. Ludwikowski

Clark Hill PLC

130 E. Randolph Street, Suite 3900
Chicago, IL 60601
(312) 985-5900

Counsel for Plaintiff

Dated: April 20, 2021

**UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEFORE: HON. CLAIRE R. KELLY, JUDGE**

| | |
|---|---|
| MIDWEST FASTENER CORP., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant, <br><br> and <br><br> MID CONTINENT STEEL & WIRE, INC., <br><br> Defendant-Intervenor. | Court No. 17-00231 |

### PLAINTIFF'S COMMENTS ON REMAND DETERMINATION

On behalf of Plaintiff Midwest Fastener Corp. ("Midwest"), we respectfully submit these comments on the *Final Results of Redetermination Pursuant to Court Remand* ("*Third Remand Results*") issued by the U.S. Department of Commerce ("Commerce") on March 22, 2021.[1] In the *Third Remand Results*, Commerce determined that Midwest's strike pin anchors, are not covered by the scope of the antidumping ("ADD") order on Steel Nails from China ("China Nails Order"). The Court should for the reasons discussed below affirm the *Third Remand Results*.

In Slip Op. 21-07 ("*Third Remand Order")*, the Court of International Trade reconsidered its ruling in *Midwest Fastener Corp. v. United States*, 42 CIT __, __, 348 F. Supp. 3d 1297, 1302 (2018) ("*Midwest I*"), remanded Commerce's second remand determination[2], and instructed

---

[1] *Final Results of Redetermination Pursuant to Court Remand*, March 22, 2021, ECF No. 104-1 ("*Third Remand Results*").

[2] *Final Results of Redetermination Pursuant to Court Remand*, June 17, 2020, ECF No. 87-1 ("*Second Remand Results*").

1

Commerce to "render its determination in conformity with" the Court of Appeals for the Federal Circuits' decision in *OMG, Inc. v. United States*, 972 F.3d 1358 (Fed. Cir. 2020), *aff'g* 43 CIT __, 389 F. Supp 3d 1312 (2019).

In the *Third Remand Results*, Commerce complied with the Court's instructions and determined that –

> [b]ecause of the similarities between OMG's zinc masonry anchors and Midwest's strike pin anchors, and in light of the intervening decision of the CAFC, we now find that Midwest's anchors are not "nails … constructed of two or more pieces" and, therefore, are not covered by the scope of the *Order*.

Midwest Fastener supports Commerce's analysis and conclusion in the *Third Remand Results* and respectfully submits that the Court affirm the results.

                                                  Respectfully submitted,

                                                  CLARK HILL PLC

                                                   /s/ R. Kevin Williams_____
                                                 R. Kevin Williams
                                                 Mark R. Ludwikowski
                                                 130 E. Randolph St., Suite 3900
                                                 Chicago, IL 60601
                                                 Tel. (312) 985-5900
                                                 Attorneys for Plaintiff Midwest Fastener Corp.

Dated: April 20, 2021