UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE CLAIRE R. KELLY, JUDGE

| | |
|---|---|
| MIDWEST FASTENER CORP., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant, <br><br> and <br><br> MID CONTINENT STEEL & WIRE, INC., <br><br> Defendant-Intervenor. | Court No. 17-00231 |

## **ORDER**

Upon consideration of plaintiff's and defendant-intervenor's comments regarding the Department of Commerce's final results of redetermination pursuant to remand, defendant's response thereto, and all other pertinent papers, it is hereby

ORDERED that the remand results are sustained in their entirety.

_____
Judge

Dated: _____
   New York, New York

## UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE CLAIRE R. KELLY, JUDGE

_____
)
MIDWEST FASTENER CORP.,                )
                                       )
       Plaintiff,           )
                                       )
v.                                     )
                                       )   Court No. 17-00231
UNITED STATES,                         )
                                       )
       Defendant,           )
                                       )
   and                              )
                                       )
MID CONTINENT STEEL & WIRE, INC.,      )
                                       )
       Defendant-Intervenor. )
_____)

### DEFENDANT'S RESPONSE TO COMMENTS ON REMAND RESULTS

Defendant, the United States, respectfully submits this response to the comments filed by plaintiff, Midwest Fastener Corp., and defendant-intervenor, Mid Continent Steel & Wire, Inc., concerning the Final Results of Redetermination (remand results), filed by the Department of Commerce (Commerce) on March 22, 2021. *See* ECF No. 46. Neither party challenges Commerce's remand results. *See* ECF Nos. 106-107. Because Commerce's remand results fully comply with the Court's remand order, are supported by substantial evidence, and are otherwise in accordance with law, we respectfully request that the Court sustain the remand results in full.

Dated: May 19, 2021

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/Patricia M. McCarthy
PATRICIA M. MCCARTHY
Assistant Director

/s/Sosun Bae
SOSUN BAE
Senior Trial Counsel
Department of Justice
Civil Division
Commercial Litigation Branch
P.O. Box 480
Ben Franklin Station
Washington, DC 20044
Tel: (202) 305-7568
Fax: (202) 514-8624

OF COUNSEL:
VANIA WANG
Attorney
Office of the Chief Counsel For
Trade Enforcement and Compliance
  United States Department of Commerce

Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of May, 2021, I electronically filed a copy of the foregoing using the CM/ECF system, which sent a notification of such filing to counsel of record.

/s/ Sosun Bae<br>
Sosun Bae

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing brief complies with the word-count limitation, in that it contains 100 words according to the word-count function of the word-processing software used to prepare the memorandum, including text, footnotes, and headings.

/s/Sosun Bae